UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRYAN SCHMALZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:05CV324 RWS |
| ) | |
| YELLOW TRANSPORTATION, INC. and ) | |
| MICHAEL P. MINTON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

A hearing was held on February 22, 2006 of various discovery motions filed by the parties. For the reasons stated on the record:

**IT IS HEREBY ORDERED that** Plaintiff's motion for leave to obtain additional depositions [#41] is **GRANTED**.

**IT IS FURTHER ORDERED that** Plaintiff's second and third motions to compel [#42 and 44] are **GRANTED**.

**IT IS FURTHER ORDERED that** Plaintiff's motion for sanctions [#46] is **DENIED** without prejudice.

**IT IS FURTHER ORDERED that** Defendant's motion for a protective order [#49] is **DENIED** without prejudice.

**IT IS FURTHER ORDERED that** Plaintiff's motion for leave to serve additional interrogatories [#65] is **GRANTED**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 24th day of February, 2006.